| PROB 22 | **TRANSFER OF JURISDICTION** | **DOCKET NUMBER** (Tran. Court) 2:07CR00161-03 |
|---|---|---|
| | | **DOCKET NUMBER** (Rec. Court) |

| **NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE** Chad M. SEAMAN Crescent City, California | **DISTRICT** Eastern District of California | **DIVISION** Northern |
|---|---|---|
| | **NAME OF SENTENCING JUDGE** Dale A. Drozd United States Magistrate Judge | |
| | **DATES OF PROBATION/ SUPERVISED RELEASE:** | **FROM** 07/24/2007 | **TO** 07/23/2008 |

**OFFENSE**   18 USC 641 - Theft of Government Property (Class A Misdemeanor)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/24/07
Date

Dale A. Drozd, United States Magistrate Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

11/5/2007
Effective Date

United States District Judge

CC:   United States Attorney
      FLU Unit-United States Attorney's Office
      Fiscal Clerk-Clerk's Office