

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
SACRAMENTO, CALIFORNIA 95814

United States District Court
Box 36060
450 Golden Gate Avenue
San Francisco, CA  94102-3489

Re:   USA v. Chad M. Seaman
      2:07-CR-161 DAD (Eastern District of California)

**FILED**

MAR 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir/Madam:

Pursuant to the Transfer of Jurisdiction of probation/supervised release (form 22) having been filed in this district, the following documents are herewith forwarded for your records:

   XX   CERTIFIED COPY OF INFORMATION

   XX   CERTIFIED COPY OF THE TRANSFER ORDER

   XX   CERTIFIED COPY OF THE DOCKET SHEET

   XX   CERTIFIED COPY OF JUDGMENT AND SENTENCING

        OTHER: CERTIFIED COPY OF PETITION ON SUPERVISED RELEASE

Please acknowledge receipt of the above documents on the photocopy of this letter and return in the enclosed self-addressed stamped envelope.

Very truly yours,
Victoria C. Minor, Clerk

By: /s/ L. Reader, Deputy Clerk

Date received: _____

Deputy Clerk: _____

PROB 22

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
2:07CR00161-03

**DOCKET NUMBER** *(Rec. Court)*

**FILED**
FEB 21 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

Chad M. SEAMAN
Crescent City, California

**DISTRICT**
Eastern District of California

**DIVISION**
Northern

**NAME OF SENTENCING JUDGE**
Dale A. Drozd
United States Magistrate Judge

**DATES OF PROBATION/SUPERVISED RELEASE:**
FROM 07/24/2007
TO 07/23/2008

**OFFENSE**  18 USC 641 - Theft of Government Property (Class A Misdemeanor)

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/24/07
Date

*/s/ Dale A. Drozd*
Dale A. Drozd, United States Magistrate Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

11/5/2007
Effective Date

United States District Judge

CC: United States Attorney
FLU Unit-United States Attorney's Office
Fiscal Clerk-Clerk's Office

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By_____
MAR -6 2008  Deputy Clerk
TRANSFER OF JURIS (PROB22).FRG
Dated_____

Case 3:07-cr-00708-SI   Document 2   Filed 03/10/2008   Page 3 of 20

AO 245B-CAED (Rev. 3/04) Sheet 1 - Judgment in a Criminal Case
Case 2:07-cr-00161-DAD   Document 42   Filed 07/30/2007   Page 1 of 5

# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**CHAD M. SEAMAN** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **2:07CR00161-03**<br><br>James R. Greiner, 555 University Ave., Ste. 290, Sacramento, CA 95825<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  pleaded guilty to count(s): <u>1 of the Information</u>.
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 641 | Theft of Government Property (Class A Misdemeanor) | 02/24/2005 | 1 |

    The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]  Count(s) ___ (is)(are) dismissed on the motion of the United States.

[✔]  Indictment is to be dismissed by District Court on motion of the United States.

[ ]  Appeal rights given.        [✔]  Appeal rights waived.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 24, 2007
Date of Imposition of Judgment

*/s/ Dale A. Drozd*
Signature of Judicial Officer

**DALE A. DROZD**, United States Magistrate Judge
Name & Title of Judicial Officer

July 30, 2007
Date

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated MAR - 6 2008

Case 3:07-cr-00708-SI   Document 2   Filed 03/10/2008   Page 4 of 20
Case 2:07-cr-00161-DAD   Document 42   Filed 07/30/2007   Page 2 of 5
AO 245B-CAED (Rev. 3/04) Sheet 4 - Probation

| | |
|---|---|
| CASE NUMBER: | 2:07CR00161-03 |
| DEFENDANT: | CHAD M. SEAMAN |

Judgment - Page 2 of 5

# PROBATION

The defendant is hereby sentenced to probation for a term of <u>12 months</u>.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[ ]   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✔]   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[ ]   The defendant shall submit to the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]   The defendant shall register and comply with the requirements in the federal and state sex offender registration agency in the jurisdiction of conviction, Eastern District of California, and in the state and in any jurisdiction where the defendant resides, is employed, or is a student. (Check, if applicable.)

[ ]   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 3:07-cr-00708-SI   Document 2   Filed 03/10/2008   Page 5 of 20
Case 2:07-cr-00161-DAD   Document 42   Filed 07/30/2007   Page 3 of 5
AO 245B-CAED (Rev. 3/04) Sheet 4 - Probation

| | |
|---|---|
| CASE NUMBER: | 2:07CR00161-03 |
| DEFENDANT: | CHAD M. SEAMAN |

Judgment - Page 3 of 5

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall comply with the conditions of home detention for a period of 30 consecutive days to commence when directed by the probation officer. During this time, the defendant will remain at place of residence except for employment and other activities approved in advance by the defendant's probation officer. The defendant will maintain telephone service at his place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

   At the discretion of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by his probation officer. The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

AO 245B-CAED (Rev. 3/04) Sheet 5 - Criminal Monetary Penalties

| CASE NUMBER: | 2:07CR00161-03 | Judgment - Page 4 of 5 |
|---|---|---|
| DEFENDANT: | CHAD M. SEAMAN | |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 25.00 | $ 1,000.00 | $ |

[ ] The determination of restitution is deferred until __ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS: | $ __ | $ __ | |

[ ] Restitution amount ordered pursuant to plea agreement $ __

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ] The interest requirement is waived for the     [ ] fine     [ ] restitution

    [ ] The interest requirement for the     [ ] fine   [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 3:07-cr-00708-SI   Document 2   Filed 03/10/2008   Page 7 of 20
AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of Payments
Case 2:07-cr-00161-DAD   Document 42   Filed 07/30/2007   Page 5 of 5

CASE NUMBER:       2:07CR00161-03                                                                Judgment - Page 5 of 5
DEFENDANT:         CHAD M. SEAMAN

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A    [ ]   Lump sum payment of $ __ due immediately, balance due

           [ ]   not later than __ , or
           [ ]   in accordance with      [ ] C,    [ ] D,    [ ] E, or        [ ] F below; or

B    [✓]   Payment to begin immediately (may be combined with     [ ] C,    [ ] D, or [ ] F below); or

C    [ ]   Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years),
           to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

D    [ ]   Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years),
           to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E    [ ]   Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from
           imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that
           time; or

F    [ ]   Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:


[ ]   The defendant shall pay the cost of prosecution.

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  JOSEPH M. COOK
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2805
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                                      06-MJ-0284 KJM
11  UNITED STATES OF AMERICA,    )
                                 )
12             Plaintiff,        )    VIOLATION: 18 U.S.C. § 641 -
                                 )    Theft of Government Property
13        v.                     )    (a misdemeanor)
                                 )
14  STEPHEN C. CUEVAS, and       )
    CHAD M. SEAMAN,              )
15                               )
               Defendants.       )
16  _____)
17
18                      I N F O R M A T I O N
19    The United States Attorney charges: T H A T
20             STEPHEN C. CUEVAS, and,
                  CHAD M. SEAMAN,
21
22  defendants herein, on or about February 24, 2006, at Sierra Army
23  Depot, in the County of Lassen, State and Eastern District of
24  California, did wilfully and knowingly steal, purloin, and convert
25  to said defendant's use and the use of another, property of the
26  United States and a department and agency thereof, of value not in
27  excess of one thousand dollars ($1,000.00),
28  ///
```

FILED
APR 18 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated MAR 6 2008

1

1  to wit: two AN/PVS-4 Night Vision Scopes, in violation of Title 18,
2  United States Code, Sections 641, a misdemeanor.
3  DATED: April 18, 2007

                                  McGREGOR W. SCOTT
                                  United States Attorney

                           By:    _____
                                  MATTHEW C. STEGMAN
                                  Assistant U.S. Attorney

2

## PENALTY SLIP

**Stephen C. Cuevas**
**Chad M. Seaman**

**VIOLATION:**     18 U.S.C. 641 - Theft of Government Property

**PENALTY:**     Fine of not more than $100,000 <u>or</u> imprisonment of not more than 1 year, <u>or</u> <u>both</u>.

**Supervised Release:** One year term of supervised release

**COURT ASSESSMENT:**     $25.00

AO 257 (Rev. 5/2003)

Case 2:07-cr-00161-DAD *SEALED* Document 27 Filed 04/18/2007 Page 1 of 2

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

PER 18 U.S.C 3170

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING INFORMATION  ☐ SUPERSEDING

Name of District Court, and/or Judge Magistrate Location (city)
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

**OFFENSE CHARGED**
Theft of Government Property

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**DEFENDANT — U.S. vs.**
Stephen C. Cuevas

Address: 17674 Thomasville Court
Cold Springs, NV 89506

Birth Date: 11/09/1981    ☒ Male   ☐ Female   ☐ Alien (if applicable)

Place of Offense: Lassen County
USC Citations: 18 U.S.C. § 641

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Department of the Army

☐ this person is awaiting trial in another Federal or State Court, give name of court.

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☒ prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO. 06-284

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District) E.D. California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Fed'l   ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   ☐ No   If "Yes" give date

DATE OF ARREST ► Mo. Day Year

Or ... if arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY ► Mo. Day Year

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing information on THIS FORM:
Joseph M. Cook
Certified Law Student
☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Matthew C. Stegman, AUSA (Misd. Atty)

**ADDITIONAL INFORMATION OR COMMENTS**
Please add Matthew C. Stegman, AUSA (Misd. Atty) as attorney of record.

AO 257 (Rev. 5/2003)

Case 2:07-cr-00101-DAD   Document 27 *SEALED*   Filed 04/18/2007   Page 2 of 2

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING INFORMATION  ☐ SUPERSEDING

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

**OFFENSE CHARGED**
Theft of Government Property

___ Petty
___ Minor
 X  Misdemeanor
___ Felony

**Place of Offense:** Lassen County
**USC Citations:** 18 U.S.C. § 641

**DEFENDANT -- U.S. vs.**
Chad M. Seaman

**Address:** 130 Lynch Drive, Crescent City, CA 95531

**Birth Date:** 10/25/1982    X Male  ___ Female  ___ Alien (if applicable)

(Optional unless a juvenile)

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
Department of the Army

☐ this person is awaiting trial in another Federal or State Court, give name of court.

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☒ prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO. 06-284

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
E.D. of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ___ Yes  ___ No   If "Yes" give date

**DATE OF ARREST:** Mo. ___ Day ___ Year ___
Or ... if arresting Agency & Warrant were not Federal
**DATE TRANSFERRED TO U.S. CUSTODY:** Mo. ___ Day ___ Year ___

**Name and Office of Person Furnishing information on THIS FORM:** Joseph M. Cook, Certified Law Student
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** Matthew C. Stegman, AUSA (Misd. Atty)

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
Please add Matthew C. Stegman, AUSA (Misd. Atty) as attorney of record.

███████████████████████████████

CLOSED, PROB22_OUT

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:07-cr-00161-DAD All Defendants
## Internal Use Only

| | |
|---|---|
| Case title: USA v. Cuevas et al | Date Filed: 04/18/2007 |
| Magistrate judge case number: 2:06-mj-00284-KJM | Date Terminated: 07/24/2007 |

Assigned to: Magistrate Judge Dale A. Drozd

### Defendant (1)

**Stephen Cuevas**
*TERMINATED: 06/29/2007*

represented by **Alexandra Paradis Negin**
Federal Public Defender's Office
801 I Street
3rd Floor
Sacramento, CA 95818
916-498-5700
Email: lexi_negin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Linda C. Harter**
Federal Defenders Office
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700
Fax: (916) 498-5710
Email: linda_harter@fd.org
*TERMINATED: 11/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*



I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated MAR - 6 2008

### Pending Counts

THEFT OF GOVERNEMENT PROPERTY
(1)

### Disposition

1 year probation; Fine $1000; S/A $25; Appeal Rights waived.

**Highest Offense Level (Opening)**

Misdemeanor

| | |
|---|---|
| **Terminated Counts** | **Disposition** |
| None | |

**Highest Offense Level (Terminated)**

None

| | |
|---|---|
| **Complaints** | **Disposition** |
| 18:371.P | |

---

Assigned to: Magistrate Judge Dale A. Drozd

**Defendant (3)**

| | | |
|---|---|---|
| **Chad Seaman**<br>*TERMINATED: 07/24/2007* | represented by | **James Ralph Greiner**<br>Law Offices of James R Greiner<br>555 University Avenue<br>Suite 290<br>Sacramento, CA 95825<br>916-649-2006<br>Email: jaygreiner@midtown.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
| | | **Michael Donald Long**<br>Law Office Of Michael D. Long<br>901 H Street<br>Suite 208<br>Sacramento, CA 95814<br>(916) 447-1920<br>Fax: (916) 448-1708<br>Email: Long_5999@msn.com<br>*LEAD ATTORNEY*<br>*Designation: CJA Appointment* |

| | |
|---|---|
| **Pending Counts** | **Disposition** |
| THEFT OF GOVERNEMENT PROPERTY<br>(1) | Sentenced to Probation for a term of 12 months; $25 s/a and $1000 Fine due immediately; Special conditions imposed while on Probation. |

**Highest Offense Level (Opening)**

Misdemeanor

**Terminated Counts**　　　　　　　　　　　　　　　**Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**　　　　　　　　　　　　　　　　　**Disposition**

18:371.P

---

**Plaintiff**

USA　　　　　　　　　represented by　**Matthew C Stegman, misd**
　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　501 I Street
　　　　　　　　　　　　　　　　　　　Suite 10-100
　　　　　　　　　　　　　　　　　　　Sacramento, CA 95814
　　　　　　　　　　　　　　　　　　　916-554-2793
　　　　　　　　　　　　　　　　　　　Fax: 916-554-2900
　　　　　　　　　　　　　　　　　　　Email: usacae.ecfsacmd@usdoj.gov
　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2006 | 1 | COMPLAINT as to Stephen Cuevas (1), Travis Dickinson-Wood (2), Chad Seaman (3). (Duong, D) [2:06-mj-00284-KJM] (Entered: 10/23/2006) |
| 10/23/2006 | | (Court only) ***JS-2 FIRST APPEARANCE CODE. (Kirkpatrick, S) [2:06-mj-00284-KJM] (Entered: 04/19/2007) |
| 10/26/2006 | 3 | RULE 5(c)(3) DOCUMENTS RECEIVED as to Stephen Cuevas. (Kastilahn, A) [2:06-mj-00284-KJM] (Entered: 10/27/2006) |
| 10/30/2006 | 4 | MINUTES (Text Only) for proceedings held before Judge Kimberly J. Mueller :INITIAL APPEARANCE as to Stephen Cuevas held on 10/30/2006. Attorney Matthew C Stegman for USA, Linda C Harter for Stephen Cuevas added. Federal Defender appointed, subject to filing financial affidavit. Government does not oppose defendant remaining released o/r. Defendant to remain released o/r. Defendant advised of FTA penalties. Preliminary Examination set for 11/20/2006 at 02:00 PM in Courtroom 27 (DAD) before Magistrate Judge Dale A. Drozd. Government Counsel Robert Tice-Raskin for Matt Stegman present. Defense Counsel Linda Harter present. Custody Status: out of custody. Court Reporter/CD Number: Casey Schultz, ECRO. (Farnsworth, C) |

| | | |
|---|---|---|
| | | [2:06-mj-00284-KJM] (Entered: 10/30/2006) |
| 11/08/2006 | 5 | DESIGNATION of COUNSEL FOR SERVICE. Added attorney Alexandra Paradis Negin for Stephen Cuevas; attorney Linda C Harter terminated. (Harter, Linda) [2:06-mj-00284-KJM] (Entered: 11/08/2006) |
| 11/09/2006 | 6 | WAIVER of PERSONAL APPEARANCE by Stephen Cuevas. (Negin, Alexandra) [2:06-mj-00284-KJM] (Entered: 11/09/2006) |
| 11/20/2006 | 7 | MINUTES (Text Only) for proceedings held before Judge Dale A. Drozd :PRELIMINARY EXAMINATION as to Stephen Cuevas held on 11/20/2006. Defense informed Court of offer by the Govt and request continuance. At the request of defense, without Govt objection, Preliminary Examination continued for 12/4/2006 at 02:00 PM in Courtroom 25 (EFB) before Magistrate Judge Edmund F. Brennan. Dft waived time for preliminary examination.Government Counsel Michelle Rodriguez present. Defense Counsel Rachelle Barbour present. Custody Status: not in custody. Court Reporter/CD Number: Casey Schultz/1. (Buzo, P) [2:06-mj-00284-KJM] (Entered: 11/20/2006) |
| 11/30/2006 | 8 | RULE 5(c)(3) DOCUMENTS RECEIVED as to Chad Seaman. (Kastilahn, A) [2:06-mj-00284-KJM] (Entered: 12/01/2006) |
| 12/04/2006 | 9 | MINUTES (Text Only) for proceedings held on 12/4/2006 before Judge Edmund F. Brennan :INITIAL APPEARANCE as to Chad Seaman; PRELIMINARY HEARING as to Stephen Cuevas. At the request of all counsel, the Preliminary Hearing as to Deft Cuevas was continued to 1/10/2007 at 02:00 PM in Courtroom 24 (GGH) before Magistrate Judge Gregory G. Hollows. Deft Cuevas waived time for a speedy Preliminary Hearing. The Govt moved for a finding of excludable time; no opposition by defense counsel. It was so ordered. XT4 Start: 12/04/06 Stop: 01/10/07.Deft Seaman - Deft advised of his rights and the pending charges. Attorney James Greiner was appointed by the Court to represent the deft. The deft was advised of his rights and the pending charges. The deft was previously ordered released in the Northern District of CA. The Court advised the deft of additional special conditions of release. The Deft waived time for a speedy Preliminary Hearing. The Preliminary Hearing was set for 1/10/2007 at 02:00 PM in Courtroom 24 (GGH) before Magistrate Judge Gregory G. Hollows. The Govt moved for a finding of excludable time; no opposition by defense counsel. It was so ordered. XT4 Start: 12/04/06 Stop: 01/10/07. Government Counsel Matthew Stegman present. Defense Counsel Lexi Negin, AFD for deft Cuevas; James Greiner, CJA for deft Seaman present. Custody Status: Deft Cuevas not present (waiver on file); Deft Seaman out of custody. Court Reporter/CD Number: Casey Schultz, ECRO. (Cannarozzi, N) Modified on 12/6/2006 (Cannarozzi, N). [2:06-mj-00284-KJM] (Entered: 12/04/2006) |
| 12/05/2006 | 10 | ARREST WARRANT RETURNED Executed on 11/14/06 as to Chad Seaman. (Yin, K) [2:06-mj-00284-KJM] (Entered: 12/06/2006) |
| 12/06/2006 | 11 | SPECIAL CONDITIONS of RELEASE as to Chad Seaman. (Yin, K) |

| | | [2:06-mj-00284-KJM] (Entered: 12/07/2006) |
|---|---|---|
| 12/19/2006 | 12 | CJA 20 as to Chad Seaman: Appointment of Attorney Michael Long for Chad Seaman signed by Judge Kimberly J. Mueller on 11/22/06. (Krueger, M) [2:06-mj-00284-KJM] (Entered: 12/20/2006) |
| 12/19/2006 | 13 | (Court only) CJA 23 FINANCIAL AFFIDAVIT by Chad Seaman. (Krueger, M) [2:06-mj-00284-KJM] (Entered: 12/20/2006) |
| 01/04/2007 | 14 | CJA 20 as to Chad Seaman: Appointment of Attorney James R. Greiner signed by Judge Dale A. Drozd on 11/22/06. (Krueger, M) [2:06-mj-00284-KJM] (Entered: 01/05/2007) |
| 01/09/2007 | 15 | STIPULATION and PROPOSED ORDER to Continue Preliminary Hearing by Stephen Cuevas. (Negin, Alexandra) [2:06-mj-00284-KJM] (Entered: 01/09/2007) |
| 01/30/2007 | 16 | STIPULATION and PROPOSED ORDER to Continue Preliminary Hearing by Stephen Cuevas. (Negin, Alexandra) [2:06-mj-00284-KJM] (Entered: 01/30/2007) |
| 02/05/2007 | 17 | STIPULATION and PROPOSED ORDER To Continue Preliminary Hearing and to Exclude Time. (Negin, Alexandra) [2:06-mj-00284-KJM] (Entered: 02/05/2007) |
| 02/07/2007 | 18 | ORDER as to Stephen Cuevas, Chad Seaman signed by Judge Gregory G. Hollows on 2/7/07 ORDERING the Preliminary Examination RESET for 3/7/2007 at 02:00 PM in Courtroom 25 (EFB) before Magistrate Judge Edmund F. Brennan. Excludable started as to Stephen Cuevas, Chad Seaman: T4 Start: 1/31/07 Stop: 3/7/07. (Donati, J) [2:06-mj-00284-KJM] (Entered: 02/07/2007) |
| 03/05/2007 | 19 | STIPULATION and PROPOSED ORDER to Continue Preliminary Hearing and to Exclude Time by Stephen Cuevas. (Negin, Alexandra) [2:06-mj-00284-KJM] (Entered: 03/05/2007) |
| 03/05/2007 | 20 | ORDER signed by Judge Edmund F. Brennan on 3/5/07 ORDERING that the Preliminary hearing currently scheduled for 3/7/07 is CONTINUED until 3/28/2007 at 02:00 PM in Courtroom 5 (WBS) before Magistrate Judge Edmund F. Brennan. The time is EXCLUDED from 3/7/07 to 3/28/07 pursuant to Local Code T4. (Mena-Sanchez, L) [2:06-mj-00284-KJM] (Entered: 03/05/2007) |
| 03/26/2007 | 21 | STIPULATION and PROPOSED ORDER to Continue Preliminary Hearing and to Exclude Time by Stephen Cuevas. (Negin, Alexandra) [2:06-mj-00284-KJM] (Entered: 03/26/2007) |
| 03/27/2007 | 22 | STIPULATION and ORDER signed by Judge Edmund F. Brennan on 3/27/07 ORDERING that the Request to Continue hearing date 21 is GRANTED. The Preliminary Hearing is CONTINUED until 4/11/2007 at 02:00 PM before the Magistrate Judge on duty. Time is EXCLUDED from 3/28/07 to 4/11/07 pursuant to Local Code T4. (Mena-Sanchez, L) [2:06-mj-00284-KJM] (Entered: 03/27/2007) |

| | | |
|---|---|---|
| 04/10/2007 | 23 | STIPULATION and PROPOSED ORDER Continuing Preliminary Hearing to April 18, 2007 by Stephen Cuevas. (Negin, Alexandra) [2:06-mj-00284-KJM] (Entered: 04/10/2007) |
| 04/10/2007 | 24 | AMENDED STIPULATION and PROPOSED ORDER Continuing Preliminary Hearing to April 18, 2007 by Stephen Cuevas. (Negin, Alexandra) Modified on 4/11/2007 (Kastilahn, A). [2:06-mj-00284-KJM] (Entered: 04/10/2007) |
| 04/10/2007 | 25 | AMENDED STITUPATION and ORDER as to Stephen Cuevasand Chad Seaman; Preliminary Hearing RESET for 4/18/2007 at 02:00 PM in Courtroom 27 (DAD) before Magistrate Judge Dale A. Drozd; Start:04/11/07 to Stop:04/18/07; signed by Judge Dale A. Drozd on 04/10/07. (Kirkpatrick, S) [2:06-mj-00284-KJM] (Entered: 04/10/2007) |
| 04/18/2007 | 26 | INFORMATION as to Stephen Cuevas (1) count(s) 1 and Chad Seaman (3) count(s) 1. (Kirkpatrick, S) [2:06-mj-00284-KJM] (Entered: 04/19/2007) |
| 04/18/2007 | 27 | AO257s (Sealed) as to Stephen Cuevas and Chad Seaman. (Kirkpatrick, S) [2:06-mj-00284-KJM] (Entered: 04/19/2007) |
| 04/18/2007 | 28 | CONSENT to TRIAL BEFORE US MAGISTRATE JUDGE by Chad Seaman. (Kirkpatrick, S) [2:06-mj-00284-KJM] (Entered: 04/19/2007) |
| 04/18/2007 | 29 | PLEA AGREEMENT as to Chad Seaman. (Kirkpatrick, S) [2:06-mj-00284-KJM] (Entered: 04/19/2007) |
| 04/18/2007 | | MINUTES for proceedings held before Judge Dale A. Drozd : Dft Stephen Cuevas non-appearance and request continuance, matter continued; Plea Hearing set for 4/26/2007 at 02:00 PM in Courtroom 27 (DAD) before Magistrate Judge Dale A. Drozd. Time Start: 04/18/07 Time Stop: 04/26/07.Government Counsel Kyle Reardon for M. Stegman present. Defense Counsel Lexi Negin present. Custody Status: Not Appearing. Court Reporter/CD Number: C. Schultz. Interpreter N/A present. (Kirkpatrick, S) (Entered: 04/19/2007) |
| 04/18/2007 | 30 | MINUTES for proceedings held before Judge Dale A. Drozd :CHANGE of PLEA HEARING as to Chad Seaman held on 4/18/2007; Dft entered GUILTY plea to the Information; matter refered to probation for a PSR; Govt request complaint be continued and time be excluded; Sentencing set for 6/26/2007 at 10:00 AM in Courtroom 27 (DAD) before Magistrate Judge Dale A. Drozd. TIME START: 04/18/07 TIME STOP: 06/26/07.Government Counsel Kyle Reardon for M. Stegman present. Defense Counsel James Greiner present. Custody Status: Present. Court Reporter/CD Number: Casey Schultz. Interpreter N/A present. (Kirkpatrick, S) (Entered: 04/19/2007) |
| 04/18/2007 | 31 | SCHEDULE of DISCLOSURE for PSR as to Chad Seaman. Plea Date: *4/18/07* Sentencing Date: *6/26/07 at 10:00 a.m.* ** Correction Date: *6/19/07* Report Date: *6/12/07* Objection Date: *6/5/07* Proposed Date: *5/22/07* Copies: *AUSA - Defense Counsel - USPO* (Buzo, P) (Entered: 04/19/2007) |

| | | |
|---|---|---|
| 04/26/2007 | 32 | MINUTES (Text Only) for proceedings held before Judge Dale A. Drozd :ARRAIGNMENT as to Stephen Cuevas (1) held on 4/26/2007. Consent to Proceed Before Magistrate Judge and Plea agreement filed in open court. Dft sworn. Dft advised rights/charges. Dft entered Guilty plea to the Information, in violation of Title 18 USC Section 641, theft of government property. Matter referred to probation for the preparation of a presentence report. At the request of defense, Sentencing set for 6/29/2007 at 11:30 AM in Courtroom 27 (DAD) before Magistrate Judge Dale A. Drozd. Dft ordered to appear. Dft directed to report to Probation for preparation of report. Court made correction to Information as to date of incident of 2/24/05.Government Counsel Joseph Cook, CLS present. Defense Counsel Lexi Negin present. Custody Status: not in custody. Court Reporter/CD Number: Casey Schultz/1. (Buzo, P) (Entered: 04/27/2007) |
| 04/26/2007 | 33 | SCHEDULE of DISCLOSURE for PSR as to Stephen Cuevas. Plea Date: *4/26/07* Sentencing Date: *6/29/07 at 11:30 AM* ** Correction Date: *6/19/07* Report Date: *6/12/07* Objection Date: *6/5/07* Proposed Date: *5/22/07* Copies: *AUSA - Defense Counsel - USPO* (Buzo, P) (Entered: 04/27/2007) |
| 04/26/2007 | 34 | CONSENT to TRIAL BEFORE US MAGISTRATE JUDGE by Stephen Cuevas. (Kirkpatrick, S) (Entered: 04/27/2007) |
| 04/26/2007 | 35 | PLEA AGREEMENT as to Stephen Cuevas. (Kirkpatrick, S) (Entered: 04/27/2007) |
| 05/22/2007 | 36 | NOTICE of HEARING as to Chad Seaman Judgment and Sentencing is CONTINUED from 6/26/07 to 7/24/2007 at 10:00 AM in Courtroom 27 (DAD) before Magistrate Judge Dale A. Drozd. Correction Date: 7/17/07, Report Date: 7/10/07, Objection Date: 7/3/07 and Proposed Date: 6/19/07.(Kastilahn, A) (Entered: 05/23/2007) |
| 06/28/2007 | 37 | MINUTE ORDER: by Crd for Judge Dale A. Drozd on 6/28/07. The parties having been notified and the Court not receiving any objection, the Judgment and Sentencing set for 6/29/2007 at 11:30 AM is advanced to 10:30 AM in Courtroom 27 (DAD) before Magistrate Judge Dale A. Drozd. (Buzo, P) (Entered: 06/28/2007) |
| 06/29/2007 | 38 | MINUTES for proceedings held before Judge Dale A. Drozd :SENTENCING held on 6/29/2007 for Stephen Cuevas (1). Defendant sentenced on Count 1 of the information to 1 year probation; Fine $1000; S/A $25; Appeal Rights waived. Government moved to dismiss complaint 06mj0284 KJM as to this defendant. Motion Granted. DEFENDANT TERMINATED. Government Counsel Joseph Cook, CLS present. Defense Counsel Lexi Negin present. Custody Status: Present. Court Reporter/CD Number: ECRO, Casey Schultz. Interpreter n/a present. (Donati, J) (Entered: 07/03/2007) |
| 07/06/2007 | 39 | JUDGMENT and COMMITMENT as to Stephen Cuevas signed by Judge Dale A. Drozd on 7/6/07. (Buzo, P) (Entered: 07/06/2007) |
| 07/20/2007 | 40 | SENTENCING MEMORANDUM by Chad Seaman . (Greiner, James) |

| | | |
|---|---|---|
| | | Modified on 7/23/2007 (Duong, D). (Entered: 07/20/2007) |
| 07/24/2007 | 41 | MINUTES for proceedings held before Judge Dale A. Drozd :SENTENCING held on 7/24/2007 for Chad Seaman (3), Count(s) 1, Sentenced to Probation for a term of 12 months; $25 s/a and $1000 Fine due immediately; Special conditions imposed while on Probation. Dft Chad Seaman terminated. CASE CLOSED. Government Counsel Joseph Cook, CLS present. Defense Counsel James Greiner present. Custody Status: Present and not in custody. Court Reporter/CD Number: ECRO CD #1. (Duong, D) (Entered: 07/25/2007) |
| 07/30/2007 | 42 | JUDGMENT and COMMITMENT as to Chad Seaman signed by Judge Dale A. Drozd on 7/30/07. (Buzo, P) (Entered: 07/30/2007) |
| 01/29/2008 | 43 | PROBATION FORM 12 as to Stephen Cuevas signed by Magistrate Judge Dale A. Drozd on 1/28/08. Modification approved as recommended. (Anderson, J) (Entered: 01/29/2008) |
| 02/21/2008 | 44 | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to Northern District of California #07-708 as to Chad Seaman. Signed by Magistrate Judge Dale A. Drozdon 10/24/2007. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Reader, L) (Entered: 02/28/2008) |