# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

**Request to Modify the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:          Chad M. Seaman                 Docket No.:   CR 07-00708-01-SI

Name of Sentencing Judge:  Dale A. Drozd
                           United States Magistrate Judge
                           Eastern District of California

Date of Original Sentence: July 24, 2007

Original Offense:
Count 1: Theft of U.S. Property, 18 U.S.C. § 641, a Class A misdemeanor

Original Sentence: One year probation
Special Conditions: home confinement with electronic monitoring 30 days; special assessment $25; fine $1,000; search

Jurisdiction was transferred from the Eastern District of California to the Northern District of California on November 5, 2007.

Type of Supervision: Probation              Date Supervision Commenced: July 24, 2007
Assistant U.S. Attorney: None assigned      Defense Counsel: James A. Greiner (Appointed)

## Petitioning the Court

To extend the term of supervision for one year in order for Mr. Seaman to pay his $1,000 fine. When the fine is paid in full probation will be terminated.

NDC-SUPV-FORM 12B(1) 03/23/05

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the special condition that he pay a fine in the amount of $1,000. |

> Mr. Seaman has not paid his $1,000 fine and has a balance due of $850.00
>
> This is evidenced by records from the financial litigation unit of the United States Attorneys office. These records indicate that Mr. Seaman made one payment of $150 on January 31, 2008.

Mr. Seaman has only made one payment toward his $1,000 fine during his first year of probation. He is working full time and is capable of paying his obligation. Continuing him on supervision in order to fulfill this obligation will serve to hold him accountable for his obligations. Therefore, it is recommended that Mr. Seaman be continued on supervision for one additional year or until the fine is satisfied.

Assistant U.S. Attorney Susan Badger and Defense Counsel have been notified and there are no objections.

Address of offender:   1385 West Washington Blvd #85
                       Crescent City, CA 95531

Respectfully submitted,                     Reviewed by:

_Sharon K. Alberts_                         _Robert E. Tenney_
Sharon K. Alberts                           Robert E. Tenney
U.S. Probation Officer                      Supervisory U.S. Probation Officer

Date Signed: May 13, 2008

Chad M. Seaman                                                              Page 3
CR 07-00708-01

---

THE COURT ORDERS:

☒ To extend the term of supervision for one year in order for Mr. Seaman to pay his $1,000 fine. When the fine is paid in full probation will be terminated.
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

_5/15/08_  
Date

_[signature]_  
The Honorable Susan Illston  
United States District Court Judge

NDC-PROB 49 02/01/05

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA

Defendant Name: Chad Seaman
Docket No.: CR 07-00708-1

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

That the term of probation is extended for one year in order for Mr. Seaman to pay his $10,000 fine. When the fine is paid in full, probation will be terminated.

☐ *continued on next page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at

Signed: *Chad Seaman*  Date: 4/28/08
Probationer or Supervised Releasee

Witness: *Sharon Alberts*  Date: 4/29/08
Sharon K. Alberts
U.S. Probation Officer