08/06/2008 05:33 PM EST

## Case Debt Type Payment Report
### U.S. Courts

Version 7.0.1

San Francisco

Case No. DCAN307CR000708 — US V SEAMAN

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | CHAD M. SEAMAN | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611015193 | 2 | PR | 150.00 | 01/30/2008 |
| 001 | CHAD M. SEAMAN | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 3461102034O | 1 | PR | 200.00 | 06/18/2008 |
| 001 | CHAD M. SEAMAN | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 3461102083l | 1 | PR | 150.00 | 07/02/2008 |
| 001 | CHAD M. SEAMAN | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 3461102160l | 1 | PR | 300.00 | 07/23/2008 |
| 001 | CHAD M. SEAMAN | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 3461102184 | 1 | PR | 200.00 | 07/30/2008 |
| | | | | | | Sub-Total | | | 1,000.00 | |
| 001 | CHAD M. SEAMAN | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 3461101519 | 1 | PR | 25.00 | 01/30/2008 |
| | | | | | | Division Payment Total | | | 1,025.00 | |
| | | | | | | Grand Total | | | 1,025.00 | |

*$1,000.00 FINE PAID IN FULL on 7-30-08*

Page 1 of 1